IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICKY KOEHLER, AARON STEENSON,
and SALLY ENGELMANN, Individually
and on Behalf of All Others Similarly
Situated,

    Plaintiffs,

v.

KEHRER BROTHERS CONSTRUCTION,
INC., KEHRER BROTHERS WEST
ROOFING, INC., KEHRER BROTHERS
CONSTRUCTION OF TEXAS, LLC, KEHRER
BROTHERS ROOFING OF TEXAS, LLC,
KEHRER BROTHERS ROOFING OF DALLAS,
LP, KEHRER EXCAVATION & FARMS, INC.,
AKBT, INC., JOSEPH KEHRER, Individually
and as Managing Officer, Member or Partner
of Kehrer Brothers Construction, Inc., Kehrer
Brothers West Roofing, Inc., Kehrer Brothers
Construction of Texas, LLC, Kehrer Brothers
Roofing of Texas, LLC, Kehrer Brothers
Roofing of Dallas, LP, Kehrer Excavation &
Farms, Inc., and AKBT, Inc., and DAWN
KEHRER, Individually and as President,
Member of Partner of Kehrer Brothers
Construction, Inc., Kehrer Brothers West
Roofing, Inc., Kehrer Brothers Construction
of Texas, LLC, Kehrer Brothers Roofing of
Texas, LLC, Kehrer BrothersRoofing of Dallas,
LP, Kehrer Excavation & Farms, Inc., and
AKBT, Inc.,

    Defendants.                              No. 11-cv-837-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a notice of voluntary dismissal without prejudice (Doc. 51), filed by plaintiffs pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(I).  Plaintiffs voluntarily dismiss their claims against defendant Kehrer Brothers Excavation and Farms, Inc. without prejudice.  As defendant Kehrer Bothers Excavation and Farms, Inc. has not yet filed an answer or motion for summary judgment, the Court hereby **ACKNOWLEDGES** the dismissal without prejudice.  Defendant Kehrer Brothers Excavation and Farms, Inc. is hereby terminated from this case.

**IT IS SO ORDERED**.

Signed this 9th day of September, 2012.

David R. Herndon
2012.09.09
10:16:05 -05'00'

**Chief Judge**
**United States District Court**