IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICKY KOEHLER, AARON STEENSON,
and SALLY ENGELMANN, Individually
and on Behalf of All Others Similarly
Situated,**

      Plaintiffs,

v.

**KEHRER BROTHERS CONSTRUCTION,
INC., et al.,**

      Defendants.           No. 11-cv-837-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court are two notices of voluntary dismissal without prejudice (Docs. 65 & 66), filed by plaintiffs pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i). Plaintiffs voluntarily dismiss their claims against defendants Kehrer Brothers Construction of Texas, LLC and Kehrer Brothers Roofing of Texas, LLC without prejudice. As defendants Kehrer Brothers Construction of Texas, LLC and Kehrer Brothers Roofing of Texas, LLC have not yet filed an answer or motion for summary judgment, the Court hereby **ACKNOWLEDGES** the dismissal without prejudice. Defendants Kehrer Brothers Construction of Texas, LLC and Kehrer Brothers Roofing of Texas, LLC are hereby terminated

from this case.

**IT IS SO ORDERED**.

Signed this 19th day of November, 2012.

Digitally signed by
David R. Herndon
Date: 2012.11.19
10:52:09 -06'00'

**Chief Judge
United States District Court**