UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**RICKY KOEHLER,** *Individually and on*
*Behalf of All Others Similarly Situated,*

    **Plaintiff,**

v.

**KEHRER BROTHERS**
**CONSTRUCTION, INC., et al,**

    **Defendants.**　　　　　　　　　　　　No. 11-cv-837-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on February 19, 2013, this case is **DISMISSED** with prejudice.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT

                              BY:      /s/*Sara Jennings*
                                      **Deputy Clerk**

Dated: June 25, 2013

APPROVED: *David R. Herndon, 2013.06.25 15:20:09 -05'00'*
                CHIEF JUDGE
                U. S. DISTRICT COURT